UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ISABEL PEREZ,<br><br>             Plaintiff,<br><br>    v.<br><br>FACTORY DIRECT OF SECAUCUS, LLC, et al.,<br><br>             Defendants. | Civil Action No. 13-327 (DMC)<br><br><br><br>ORDER SCHEDULING CONFERENCE |

**IT IS on this 25th day of July, 2013**

**ORDERED** that there shall be an in-person status/settlement conference before the Undersigned on **Monday, November 4, 2013** at **10:30 a.m.** at the U.S. Post Office and Courthouse, 1 Federal Square, Fourth Floor, Room 457, Newark, New Jersey.


　　　　　　　　　　　　　　　　　　　　  /s/ Mark Falk
　　　　　　　　　　　　　　　　　　　　**MARK FALK**
　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**