**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
500 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07101

September 30, 2013

**LETTER ORDER**

Re:   **Perez v. Factory Direct of Secaucus, et al.**
      Civil Action No. 13-0327 (DMC)

Dear Counsel:

The Court is in receipt of the joint status letter submitted by the parties in this matter. Upon review, the Court shall grant the parties' request to extend discovery 30 days. Therefore, all fact discovery shall be completed by **November 25, 2013**. Additionally, the Court shall hold a status telephone conference on **November 12, 2013 at 10:30 A.M.** Counsel for Plaintiff is directed to initiate the call.

**IT IS SO ORDERED.**

               s/ James B. Clark, III
               **JAMES B. CLARK, III**
               **United States Magistrate Judge**