**ARCHER & GREINER**
A Professional Corporation
Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, New Jersey 07601-7095
(201) 342-6000
Attorneys for Defendants Factory Direct of Secaucus, LLC
d/b/a Ashley Furniture HomeStore, Eugene Chrinian and Kathy Martin

BY: STEVEN B. HARZ, ESQUIRE (006921977)
    DANIEL C. RITSON, ESQUIRE (027802004)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ISABEL PEREZ,<br><br>    Plaintiff,<br><br>v.<br><br>FACTORY DIRECT OF SECAUCUS, LLC d/b/a ASHLEY FURNITURE HOMESTORE, EUGENE CHRINIAN, in his official and individual capacities, and KATHY MARTIN, in her official and individual capacities,<br><br>    Defendants. | CIVIL ACTION<br><br>NO.: 2:13-cv-00327 (SDW-MCA)<br><br>**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>**Oral argument requested.** |

TO:  Ariel Y. Graff, Esquire
     The Ottinger Firm, P.C.
     401 Park Avenue South
     New York, New York 10016
     Attorneys for Plaintiff Isabel Perez

**SIR:**

**PLEASE TAKE NOTICE** that the undersigned attorneys for Defendants Factory Direct of Secaucus, LLC d/b/a Ashley Furniture HomeStore, Eugene Chrinian, and Kathy Martin (collectively, "Defendants"), will move on September 2, 2014 before the United States District Court for the District of New Jersey pursuant to Federal Rule of Procedure 56, for an Order

granting summary judgment to Defendants and dismissing the Amended Complaint of Plaintiff Isabel Perez.

Defendants will rely on the Statement of Material Facts Not in Dispute Pursuant to Local Civ. Rule 56.1(a), Affidavit of Neel Jhaveri, Certification of Counsel in Support of Defendants' Motion for Summary Judgment, and Defendants' Brief in Support of Motion for Summary Judgment, filed herewith.

A proposed form of Order also is filed herewith. Defendants respectfully request oral argument.

ARCHER & GREINER, P.C.
Attorneys for Defendants

_____
Steven B. Harz, Esquire
Daniel C. Ritson, Esquire
Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, NJ 07601
(201-342-6000)

Dated: August 4, 2014

11357709v1