**ARCHER & GREINER**
A Professional Corporation
Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, New Jersey 07601-7095
(201) 342-6000
Attorneys for Defendants Factory Direct of Secaucus, LLC
d/b/a Ashley Furniture HomeStore, Eugene Chrinian and Kathy Martin

BY: STEVEN B. HARZ, ESQUIRE (006921977)
     DANIEL C. RITSON, ESQUIRE (027802004)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ISABEL PEREZ,<br><br>    Plaintiff,<br>v.<br><br>FACTORY DIRECT OF SECAUCUS, LLC d/b/a ASHLEY FURNITURE HOMESTORE, EUGENE CHRINIAN, in his official and individual capacities, and KATHY MARTIN, in her official and individual capacities,<br><br>    Defendants. | CIVIL ACTION<br><br>NO.: 2:13-cv-00327 (SDW-MCA)<br><br><br><br>**ORDER** |

This matter having been brought before the Court upon the application of Defendants, Factory Direct of Secaucus, LLC d/b/a Ashley Furniture HomeStore, Eugene Chrinian, and Kathy Martin (collectively, "Defendants"), by and through their counsel, Archer & Greiner, P.C., for an Order pursuant to Federal Rule of Civil Procedure 56, granting summary judgment to Defendants and dismissing the Amended Complaint of Plaintiff Isabel Perez ("Plaintiff"), and the Court having considered the parties' submissions with respect to Defendants' Motion for Summary Judgment and for good cause shown,

    IT IS this _____ day of _____, 2014,

1

ORDERED that Defendants' Motion for Summary Judgment hereby is GRANTED; and it is further

ORDERED that Plaintiff's Amended Complaint hereby is dismissed with prejudice.

_____