**ARCHER & GREINER**
**A Professional Corporation**
Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, New Jersey 07601-7095
(201) 342-6000
Attorneys for Defendants Factory Direct of Secaucus, LLC
d/b/a Ashley Furniture HomeStore, Eugene Chrinian and Kathy Martin

BY: DANIEL C. RITSON, ESQUIRE (027802004)

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ISABEL PEREZ,<br><br>    Plaintiff,<br>v.<br><br>FACTORY DIRECT OF SECAUCUS, LLC d/b/a ASHLEY FURNITURE HOMESTORE, EUGENE CHRINIAN, in his official and individual capacities, and KATHY MARTIN, in her official and individual capacities,<br><br>    Defendants. | CIVIL ACTION<br><br>NO.: 2:13-cv-00327 (SDW-MCA)<br><br><br>**ACKNOWLEDGMENT OF SERVICE PURSUANT TO LOCAL CIV. RULE 7.1(d)(1)** |

DANIEL C. RITSON hereby certifies as follows:

1.  I am an attorney of the firm of Archer & Greiner, P.C., attorneys for Defendants, Factory Direct of Secaucus, LLC d/b/a Ashley Furniture HomeStore, Eugene Chrinian, and Kathy Martin (collectively, "Defendants").

2.  On August 4, 2013, I served, via electronic filing, a true and correct copy of Defendants' Notice Motion for Summary Judgment, Statement of Material Facts Not in Dispute Pursuant to Local Civ. Rule 56.1(a), Affidavit of Neel Jhaveri, Certification of Counsel in Support of Defendants' Motion for Summary Judgment, Defendants' Brief in Support of Motion

1

for Summary Judgment, and a proposed form of Order, on the Clerk of the United States District Court for the District of New Jersey and the following counsel of record:

> Ariel Y. Graff, Esquire
> The Ottinger Firm, P.C.
> 401 Park Avenue South
> New York, New York 10016
> Attorneys for Plaintiff Isabel Perez

3.     I certify under penalty of perjury that the foregoing is true and correct.

> ARCHER & GREINER, P.C.
> Court Plaza South, West Wing
> 21 Main Street, Suite 353
> Hackensack, NJ 07601
> Phone: 201-342-6000
> Fax: 201-342-6611
> Attorneys for Defendants
>
> By:_____
>     Daniel C. Ritson

Dated: August 4, 2014