

401 Park Avenue South
New York, NY 10016
p. 212.571.2000 f. 212.571.0505

930 Montgomery Street
San Francisco, CA 94133
p. 415.262.0096 f. 212.571.0505

www.ottingerlaw.com

August 18, 2014

**BY ECF**

Clerk of Court
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    *Isabel Perez v. Factory Direct of Secaucus d/b/a Ashley Furniture, et al.*
              **No. 13-cv-327 (SDW)(MCA)**

To Clerk of the Court:

We write, pursuant to Local Civil Rule 7.1(d)(5), to request an automatic extension of Defendants' motion for summary judgment in the above-referenced matter, which was originally noticed for September 2, 2014. The originally noticed motion day has not previously been extended or adjourned, and we make this request before the date on which our opposition papers would otherwise be due under Rule 7.1(d)(2). Plaintiff therefore respectfully requests that the motion be adjourned to September 15, 2014, which is the next available motion day following the originally noticed date.

Respectfully submitted,

*Denise Rubin Glatter*

Denise Rubin Glatter


Cc:    All counsel of record (by ECF)