# Archer&Greiner P.C.
## ATTORNEYS AT LAW

**Michael S. Horn**
*Member of New Jersey and New York Bar*
mhorn@archerlaw.com
201-498-8529 Direct

Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, NJ 07601-7095
201-342-6000 Main
201-342-6611 Fax
www.archerlaw.com

May 26, 2015

**VIA ECF**
Honorable Steven C. Mannion, U.S.M.J.
United States District Court for the District of New Jersey
M.L. King Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:  Isabel Perez v. Factory Direct of Secaucus, LLC d/b/a Ashley Furniture HomeStore,
Eugene Chrinian, and Kathy Martin
Case Number: 2:13-cv-00327-SDW-MCA

Dear Judge Mannion:

As your Honor is aware, we represent defendant Factory Direct of Secaucus, LLC d/b/a Ashley Furniture HomeStore ("Ashley"). We have a Settlement Conference currently scheduled for June 8, 2015. We respectfully request an adjournment of this Settlement Conference since I will be on vacation and outside of the United States on that date.

This is the first adjournment request we have made. Our adversary has indicated that he consents to the adjournment. We are currently working together to provide the court with suggested dates.

Thank you for your attention to this matter.

THE SETTLEMENT CONFERENCE
IS ADJOURNED TO JULY 16, 2015
AT 2:00 P.M.

Respectfully,

ARCHER & GREINER
A Professional Corporation

BY: _____
Michael S. Horn

**SO ORDERED**
*s/Steven **C**. Mannion*
**Steven C. Mannion, U.S.M.J.**
**Date:** 5/28/15